In the Matter of THOMAS LIPPES, an Attorney.

Fourth Department, August 4, 1965.

*Per Curiam.* Thomas Lippes has tendered his resignation as an attorney and counselor because of his " present physical and mental condition ". His resignation should be accepted for the reasons stated by him, and his name stricken from the roll of attorneys.

WILLIAMS, P. J., BASTOW, GOLDMAN and HENRY, JJ., concur.

Resignation accepted, etc.